No. 98–6280. FERNANDEZ *v.* HOME SAVINGS OF AMERICA. C. A. 9th Cir. Certiorari denied.

No. 98–6281. FECHTER *v.* GOEBEL ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6282. FLOYD *v.* ALEXANDER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–6288. WEBBER *v.* DEPARTMENT OF DEFENSE ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–6289. WARREN *v.* HENDERSON, WARDEN. Ct. App. D. C. Certiorari denied.

No. 98–6292. TUBWELL *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 98–6296. SAWYER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–6303. MADDIX *v.* GEORGE, SHERIFF, SALINE COUNTY, MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 98–6306. BRAUN *v.* STOTTS ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–6316. SCHWARZ *v.* DEPARTMENT OF STATE. C. A. D. C. Cir. Certiorari denied.

No. 98–6317. SCHWARZ *v.* FEDERAL BUREAU OF PRISONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6318. SCHWARZ *v.* EXECUTIVE OFFICE OF THE PRESIDENT. C. A. 5th Cir. Certiorari denied.

No. 98–6319. BROWN *v.* FRENCH, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 98–6320. BLEECKER *v.* CITY OF ATLANTIC CITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–6341. BOITNOTT *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied.